United States District Judge Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| TAMMY JANE KAHLER, | NO. 3:15-cv-05710-RAJ |
| Plaintiff, | ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) |
| vs. | |
| NANCY BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion for Attorney Fees Pursuant To 42 U.S.C.§ 406(b), the Court having considered the contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney Amy Gilbrough is awarded an attorney fee of $27,080.75, pursuant to 42 U.S.C. § 406(b). Plaintiff's attorney has already received $9,990.99 under the Equal Access to Justice Act, leaving a remaining fee of $17,089.76. Social Security is

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) [No. 3:15-cv-05710-RAJ] - 1

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Ave. Suite 1030
Seattle, WA 98103
(206) 623-0900

1  directed to send $17,089.76 to Plaintiff's attorney, minus any applicable processing fees as
2  allowed by statute.
3  DATED this 31st day of July, 2017.

RICHARD A. JONES
United States District Judge

6  Presented by:

8  S/AMY GILBROUGH
   AMY GILBROUGH, WSBA #26471
9  Attorney for Plaintiff

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42  Douglas Drachler McKee & Gilbrough, LLP
U.S.C. § 406(b) [No. 3:15-cv-05710-RAJ] - 2   1904 Third Ave. Suite 1030
                                              Seattle, WA 98103
                                              (206) 623-0900